# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Sridhar Narayanaswamy,**<br>*Plaintiff* | §<br>§<br>§ | |
| **v.** | §<br>§ | **Case No. 1:25-cv-01145-ADA-SH** |
| **Safeco Insurance Company,**<br>*Defendant* | §<br>§<br>§ | |

## ORDER

Before the Court is the Joint Motion to Abate the Case Pending Completion of Appraisal, filed May 1, 2026 (Dkt. 6). The parties ask the Court to abate the lawsuit and stay all upcoming deadlines in the interest of judicial economy and "to allow the Parties to complete the appraisal process without incurring litigation expenses and costs." *Id.* ¶ 4.

A district court's decision to grant or deny a motion for abatement pending appraisal is discretionary. *Gonzalez v. Allstate Fire & Cas. Ins. Co.*, No. SA-18-CV-00283-OLG, 2019 WL 609781, at *2 (W.D. Tex. Jan. 7, 2019). The key question for courts exercising this discretion is whether abatement will aid judicial efficiency and economy. *Id.*

The Court agrees with the parties that judicial efficiency and economy favor abatement. The Court **GRANTS** the Joint Motion to Abate the Case Pending Completion of Appraisal (Dkt. 6) and **ORDERS** this case **STAYED** until completion of the appraisal process. The Court further **ORDERS** the parties to notify the court whether the stay should be lifted or if the dispute has been resolved **within 14 days** after an appraisal award is issued.

**SIGNED** on May 5, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1